# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LAFON MOULTRIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAYNES, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01555-LJO-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF FOR LACK OF JURISDICTION**<br><br>**(Docs. 7, 8)** |

　　Plaintiff, Andre Lafon Moultrie, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On February 13, 2019, the Magistrate Judge issued Findings and Recommendations which were served that same day and gave Plaintiff twenty-one days to file objections. Plaintiff did not file any objections.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

/ / /

/ /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on February 13, 2019 (Doc. 8), is adopted in full; and
2. Plaintiff's motion for injunctive relief, filed on December 21, 2018 (Doc. 7), is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: **March 20, 2019**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE